| ANTHONY GOBUZZI AND DAWN MALASOVICH | * | NO. 2024-CA-0101 |
| --- | --- | --- |
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| EARNEST BROWN, HUTTIG BUILDING PRODUCTS, MICHAEL BEALS, ACE AMERICAN INSURANCE COMPANY, AND GEICO INSURANCE COMPANY | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

DNA ATKINS, J., CONCURS IN THE RESULT.